IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| MICHAEL W. TOLSTEDT, | ) | CV-12-30-BLG-DLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT IN A |
| vs. | ) | CIVIL CASE |
| | ) | |
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | | |

This action came before the Court for determination on the record. A decision has been rendered in a separate order signed by Chief Judge Dana L. Christensen on this date as Docket No. 46. Pursuant to that Order,

JUDGMENT IS ENTERED in favor of the Plaintiff and against Defendant.

Dated this 24th day of June, 2013.

TYLER GILMAN, CLERK

By: /s/ *Cheri Anderson* , Deputy Clerk